| Prob 22 (VAE Rev. 4/13) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:20CR00033-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | **21-tp-20073-Williams** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Orestes Guerra Gudin<br>Southern District of Florida | EASTERN DISTRICT OF VIRGINIA | Newport News |
| | NAME OF SENTENCING JUDGE | FILED BY ___KS___ D.C.<br>Sep 16, 2021<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - Miami |
| | The Honorable Robert G. Doumar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/02/20    TO 11/01/21 |

OFFENSE: Theft of Mail Matter, a Class D Felony

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Aug 19, 2021  
Date

/s/ Robert G. Doumar  
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 9, 2021  
Effective Date

United States District Judge  
Robert N. Scola, Jr.

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Norfolk Division

UNITED STATES OF AMERICA

v.

**ORESTES GUERRA GUDIN,**

Defendant.

Case Number: 2:20CR00033-001

USM Number: 94262-083

Defendant's Attorney: Rodolfo Cejas, II

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count 1 of the Indictment.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. 1708 | Theft of Mail Matter | Felony | April 5, 2020 | 1 |

As pronounced on November 2, 2020, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this _2_ day of November, 2020.

/s/
Robert G. Doumar
Senior United States District Judge

Case 2:20-cr-00033-RGD-DEM Document 27 Filed 11/02/20 Page 3 of 6 PageID# 192
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3 – Supervised Release
Page 3 of 6

Case Number: 2:20CR00033-001
Defendant's Name: GUDIN, ORESTES GUERRA

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **ONE (1) YEAR**.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

If the defendant is not deported from the United States, he shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug tests thereafter, as may be directed by the probation officer.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 2:20-cr-00033-RGD-DEM Document 71 Filed 12/06/21 Page 4 of 12 PageID# 402
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3A – Supervised Release
Page 4 of 6

Case Number: 2:20CR00033-001
Defendant's Name: GUDIN, ORESTES GUERRA

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) As a condition of supervised release upon completion of his term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. 1101 et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States.

2) If the defendant is not deported from the United States, he shall pay for the support of his child in the amount ordered by any social service agency or court of competent jurisdiction. The defendant shall register with the Department of Child Support Enforcement in any state in which the defendant may reside.

3) If the defendant is not deported from the United States, he shall provide the probation officer access to any requested financial information.

4) If the defendant is not deported from the United States, he shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid partially by the defendant, as may be directed by the probation officer.

5) If the defendant is not deported from the United States, and at any time he tests positive for illegal drugs or displays signs of alcohol abuse, the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

6) The defendant shall waive all rights of confidentiality regarding mental health and or substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and any treatment provider.

Case 4:21-cr-00073-RGD-DEM Doc 1 Entered Filed 12/20/21 Page 5 of 12 PageID# 111
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties
Page 5 of 6

| | |
|---|---|
| Case Number: | 2:20CR00033-001 |
| Defendant's Name: | GUDIN, ORESTES GUERRA |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$100.00** | **$0.00** | **$0.00** |

## FINES

No fines have been imposed in this case.

## RESTITUTION

No restitution has been imposed in this case.

Case 4:21-cv-00073-RGD-DEM Document 1 Filed 07/06/21 Page 6 of 12 PageID# 6
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments
Page 6 of 6

Case Number: 2:20CR00033-001
Defendant's Name: GUDIN, ORESTES GUERRA

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

The special assessment shall be due in full immediately.

Any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the defendant in installments of not less than $25.00 per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins, if not sooner paid.

Any special assessment payments may be subject to penalties for default and delinquency.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

All criminal monetary penalty payments, including the special assessment, are to be made to the Clerk, United States District Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Case 2:20-cr-00033-RGD-DEM Document 27 Filed 12/02/20 Page 6 of 21 PageID# 112
Case 1:21-cr-00083-RGD Document Entered on FLSD Docket 16/2021 Page 7 of 12
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment
Page 2 of 6

Case Number: 2:20CR00033-001
Defendant's Name: GUDIN, ORESTES GUERRA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____
at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By    _____
DEPUTY UNITED STATES MARSHAL

Query    Reports    Utilities    Help    What's New    Log Out

**INTERPRETER**

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
### CRIMINAL DOCKET FOR CASE #: 2:20-cr-00033-RGD-DEM-1

Case title: USA v. Gudin  
Magistrate judge case number: 2:20-mj-00149

Date Filed: 05/28/2020  
Date Terminated: 11/02/2020

---

Assigned to: District Judge Robert G. Doumar  
Referred to: Magistrate Judge Douglas E. Miller

### Defendant (1)

**Orestes Guerra Gudin**  
*TERMINATED: 11/02/2020*

represented by **Rodolfo Cejas , II**  
Federal Public Defender's Office  
150 Boush St  
Suite 403  
Norfolk, VA 23510  
(757) 457-0885  
Fax: (757) 457-0880  
Email: rodolfo_cejas@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender*

### Pending Counts

T.18:1708 - Theft of Mail Matter (1)

### Disposition

IMPRISONMENT: TIME SERVED; SUPERVISED RELEASE 1 YEAR. SPECIAL ASSESSMENT $100 DOLLARS.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| T.18:1708 - Theft of Stolen Mail Matter | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alan Mark Salsbury**<br>United States Attorney's Office<br>101 W Main St<br>Suite 8000<br>Norfolk, VA 23510<br>757-441-6331<br>Email: alan.salsbury@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2020 | 1 | CRIMINAL COMPLAINT as to Orestes Guerra Gudin (1). (afar) [2:20-mj-00149] (Entered: 04/10/2020) |
| 04/09/2020 | 2 | Arrest Warrant Issued and delivered to USM as to Orestes Guerra Gudin. (afar) [2:20-mj-00149] (Entered: 04/10/2020) |
| 04/15/2020 | | Set Hearings as to Orestes Guerra Gudin: Initial Appearance set for 4/16/2020 at 12:00 PM in Norfolk VTC before Magistrate Judge Lawrence R. Leonard. (lwoo) [2:20-mj-00149] (Entered: 04/15/2020) |
| 04/16/2020 | | Interpreter Information: Peter Heide, TIPS provider, is the Interpreter. Spanish is the type of language required. Appointment is set for Initial Appearance set for 4/16/2020 at 12:00 PM in Norfolk VTC before Magistrate Judge Lawrence R. Leonard in Mag Courtroom One as to Orestes Guerra Guidin. (tamarm, ) [2:20-mj-00149] (Entered: 04/16/2020) |
| 04/16/2020 | 4 | Arrest Warrant Returned Executed on 4/16/20 in case as to Orestes Guerra Gudin. (afar) [2:20-mj-00149] (Entered: 04/16/2020) |
| 04/16/2020 | 5 | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Leonard: Initial Appearance as to Orestes Guerra Gudin held (Court Reporter FTR) USA appeared through Alan Salsbury, AUSA; Deft. present. FPD appointed; Kirsten Kmet, AFPD appeared on behalf of defendant. Temporary Detention ORDERD. Detention and Preliminary Hearing set for 4/21/2020 at 02:00 PM in Norfolk Mag Courtroom 1 before Magistrate Judge Douglas E. Miller. Defendant remanded to custody of USM. (afar) Modified text on 4/17/2020 (afar). (Main Document 5 replaced on 4/17/2020) (afar, ). [2:20-mj-00149] (Entered: 04/16/2020) |
| 04/16/2020 | 6 | CJA 23 Financial Affidavit by Orestes Guerra Gudin (afar) [2:20-mj-00149] (Entered: 04/16/2020) |
| 04/16/2020 | 7 | Video or Telephone Conferencing Order for Criminal Proceedings as to Orestes Guerra Gudin. Signed by Magistrate Judge Lawrence R. Leonard on 4/16/20. (afar) [2:20- |

| | | |
|---|---|---|
| | | mj-00149] (Entered: 04/16/2020) |
| 04/16/2020 | 8 | Temporary Detention Order as to Orestes Guerra Gudin. Signed by Magistrate Judge Lawrence R. Leonard and filed in open court on 4/16/2020. (lwoo) [2:20-mj-00149] (Entered: 04/17/2020) |
| 04/17/2020 | | Detention and Preliminary Hearing set for 4/21/2020 at 02:00 PM in Norfolk Mag Courtroom 1 before Magistrate Judge Douglas E. Miller. (afar) [2:20-mj-00149] (Entered: 04/17/2020) |
| 04/17/2020 | | Interpreter Information: Laura Garcia-Hein, TIPS provider, is the Interpreter. Spanish is the type of language required. Appointment is set for Preliminary/detention hearings set for 4/21/20 before Judge Miller via VTC in Mag Courtroom One at 2:00 p.m. as to Orestes Guerra Guidin. (tamarm, ) [2:20-mj-00149] (Entered: 04/17/2020) |
| 04/20/2020 | 9 | Pretrial Services Bond Report (Sealed Document) as to Orestes Guerra Gudin (hiemer, jill) [2:20-mj-00149] (Entered: 04/20/2020) |
| 04/21/2020 | 10 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: Detention and Preliminary Hearing as to Orestes Guerra Gudin held on 4/21/2020. USA appeared remotely through Alan Salsbury, AUSA. Defendant appeared remotely through Rodolfo Cejas, AFPD, and was assisted by Spanish interpreter Laura Garcia-Hein (TIPS). The Court questioned defendant regarding consent to proceed via VTC. Defendant indicated he consented and an Order was entered. Government and defense proffer. Argument of counsel. Witness presented. The Court found probable cause and GRANTED the Government's motion for detention. The Defendant was ordered detained pending further proceedings and was remanded to custody of USM. (Court Reporter FTR.) (jjon) [2:20-mj-00149] (Entered: 04/22/2020) |
| 04/21/2020 | 11 | Video or Telephone Conferencing Order for Criminal Proceedings. Signed by Magistrate Judge Douglas E. Miller on 04/21/20. (jjon) [2:20-mj-00149] (Entered: 04/22/2020) |
| 04/22/2020 | 12 | ORDER OF DETENTION as to Orestes Guerra Gudin. Signed by Magistrate Judge Douglas E. Miller on 4/22/20. (mrees, ) [2:20-mj-00149] (Entered: 04/22/2020) |
| 04/27/2020 | 13 | MOTION for Extension of Time to Indict by USA as to Orestes Guerra Gudin. (Attachments: # 1 Proposed Order)(Salsbury, Alan) [2:20-mj-00149] (Entered: 04/27/2020) |
| 04/28/2020 | 14 | ORDER granting 13 Motion for Extension of Time to Indict as to Orestes Guerra Gudin. Time to indict extended to the first grand jury to sit in the Norfolk Division after 6/10/20. Signed by Magistrate Judge Robert J. Krask on 4/27/20. (bpet, ) [2:20-mj-00149] (Entered: 04/28/2020) |
| 05/28/2020 | 15 | INDICTMENT RETURNED AND FILED IN OPEN COURT as to Orestes Guerra Gudin (1) count(s) 1. (Attachments: # 1 Deft Info Sheet) (afar) (Entered: 05/29/2020) |
| 06/01/2020 | | Plea Agreement Hearing as to Orestes Guerra Gudin (INTP) set for 6/23/2020 at 10:00 AM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar. (lbax, ) (Entered: 06/01/2020) |
| 06/12/2020 | | Interpreter Information: Johnnie Benningfield is the Interpreter. Spanish is the type of language required. Appointment is set for Plea Agreement Hearing as to Orestes Guerra Gudin for 6/23/2020 at 10:00 AM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar (tamarm, ) (Entered: 06/12/2020) |

| | | |
|---|---|---|
| 06/23/2020 | 17 | Plea Agreement Hearing before District Judge Robert G. Doumar as to Orestes Guerra Gudin held on 6/23/2020. Deft. sworn and advised of rights, charges, and maximum penalties. NO PLEA AGREEMENT. Plea entered by Orestes Guerra Gudin (1) of Guilty to Count 1 ACCEPTED. Court FINDS defendant GUILTY as to Count 1 of the Indictment. Sentencing set for 11/2/2020 at 02:00 PM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar. Deft. remanded.<br><br>**Appearances**: AUSA Alan Salsbury for the Government. AFPD Rodolfo Cejas for defendant. Defendant present in custody. Spanish Interpreter Johnnie Benningfield assisted defendant. (Court Reporter Carol Naughton, OCR.)(lbax, ) (Entered: 06/23/2020) |
| 06/23/2020 | 18 | Statement of Facts as to Orestes Guerra Gudin filed in open court. (lbax, ) (Entered: 06/23/2020) |
| 06/23/2020 | 19 | Sentencing Procedures Order as to Orestes Guerra Gudin. Signed by District Judge Robert G. Doumar on 6/23/20 and filed in open court. (lbax, ) (Entered: 06/23/2020) |
| 07/21/2020 | | Interpreter Information: Johnnie Benningfield is the Interpreter. Spanish is the type of language required. Appointment is set for Sentencing set for 11/2/2020 at 02:00 PM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar (tamarm, ) (Entered: 07/21/2020) |
| 08/05/2020 | 20 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) *Addendum Date: 10/22/20* as to Orestes Guerra Gudin. Objections to PSI due 10/13/20. (schoener, lauren) (Entered: 08/05/2020) |
| 08/31/2020 | 21 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Orestes Guerra Gudin. (flippin, stephanie) (Entered: 08/31/2020) |
| 09/01/2020 | | Sentencing as to Orestes Guerra Gudin set for 11/2/2020 at 10:30 AM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar. (lbax, ) (Entered: 09/01/2020) |
| 09/02/2020 | | Interpreter Information: Johnnie Benningfield is the Interpreter. Spanish is the type of language required. Appointment is set for Sentencing as to Orestes Guerra Gudin on 11/2/2020 at 10:30 AM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar. (mrees, ) (Entered: 09/02/2020) |
| 09/11/2020 | 23 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) *Second Addendum* as to Orestes Guerra Gudin. (flippin, stephanie) (Entered: 09/11/2020) |
| 10/26/2020 | 24 | Position on Sentencing by USA as to Orestes Guerra Gudin (Salsbury, Alan) (Entered: 10/26/2020) |
| 10/26/2020 | 25 | Position on Sentencing by Orestes Guerra Gudin (Cejas, Rodolfo) (Entered: 10/26/2020) |
| 11/02/2020 | 26 | Sentencing before District Judge Robert G. Doumar held on 11/2/2020 for Orestes Guerra Gudin (1). Arguments of counsel. Comments of Court. SENTENCE: Count 1: Imprisonment - TIME SERVED; Supervised Release - 1 year; Special Assessment - $100.00. Deft. remanded. |

| | | |
|---|---|---|
| | | **Appearances**: AUSA Alan Salsbury for the Government. AFPD Rodolfo Cejas for defendant. Defendant is present in custody. Spanish Interpreter Johnnie Benningfield assisted defendant. (Court Reporter Heidi Jeffreys, OCR.)(lbax, ) (Entered: 11/02/2020) |
| 11/02/2020 | 27 | JUDGMENT as to Orestes Guerra Gudin (1), Count(s) 1, IMPRISONMENT: TIME SERVED; SUPERVISED RELEASE 1 YEAR, SPECIAL ASSESSMENT $100 DOLLARS. Signed by District Judge Robert G. Doumar on 11/2/20. (mrees, ) (Entered: 11/02/2020) |
| 11/02/2020 | 28 | Sealed Statement of Reasons as to Orestes Guerra Gudin. Signed by District Judge Robert G. Doumar on 11/2/20. (mrees, ) (Entered: 11/02/2020) |
| 08/20/2021 | 29 | Waiver of Hearing to modify conditions of probation/supervised release as to Orestes Guerra Gudin. Signed by District Judge Robert G. Doumar on 8/19/21. (mrees, ) (Entered: 08/20/2021) |